# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

ELI DEUTSCHER,
DARYL GREGG,
LUKE OBORNY,
NEAL WARD,
STEVEN MONGEAU,
individually and on behalf of
all others similarly situated,

        Plaintiffs,

v.                                    Case No. 23-1249-DDC-ADM

TENASKA MARKETING
VENTURES,
MACQUARIE ENERGY, LLC,

        Defendants.

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Plaintiffs shall take nothing and this action is dismissed consistent with the Memorandum and Order (Doc. 40) filed on February 28, 2025.**

   02/28/2025                                      SKYLER B. O'HARA
      Date                                             CLERK OF THE DISTRICT COURT

                                                    by:   s/ Megan Garrett
                                                              Deputy Clerk